# EXHIBIT B

# US8174378B2 – Claim 16 as applied to Alarm.com – Smart Home Security Solutions

16. A method of using a security system, comprising:
receiving data by a checkpoint system from peripheral equipment comprising at least one of a plurality of sensors, video cameras, positioning systems and mobile communication and data processing equipment,
processing the data,
relaying information based on the data received from said peripheral equipment to a base station,
providing a human guard with information based on the data;
filtering the information from the checkpoint system based on comparison to context data comprising recent historical data;
logging the information from the checkpoint system,
processing the information from the checkpoint system,
reporting the information from the checkpoint system at the base station to provide a security system status and facilitate human supervision, situation analysis, decision making, and intervention.

**Smart Home Solutions**

**SMARTER HOME SECURITY**

Alarm.com is the leader in Smart Home Security, giving you solutions to monitor, protect and automate your home.
More than a smart app or a cool thermostat, Alarm.com seamlessly connects the key devices in your home on one platform — so they work together and work smarter.

Source: https://www.Alarm.com/smart-home-solutions/

**Connected Devices**

Connected devices are the building blocks of the smart home. They include thermostats, video cameras, lights, locks and security system components. Connected devices offer completely new ways to make your home safer and more efficient.

Smart
Thermostat

Video
Monitoring

Smart
Lights

Smart
Access

Smart Home
Security

Source: https://www.Alarm.com/smart-home-guide/learn-about-connected-devices

**Continuous Recording**

Capture 24/7, high-definition, continuous recording with the Stream Video Recorder (SVR). The SVR is bandwidth-optimized so it won't slow your internet connection.

Source: https://www.alarm.com/US/247securitytech?video=1

**Analyst Note:** Alarm.com – Smart Home Security Solutions monitors, protects and automates the home. The devices in the security system includes thermostats, video cameras, lights, locks, and a SVR for continuous recording.

# US8174378B2 – Claim 16 as applied to Alarm.com – Smart Home Security Solutions

| 16. A method of using a security system, comprising: receiving data by a checkpoint system from peripheral equipment comprising at least one of a plurality of sensors, video cameras, positioning systems and mobile communication and data processing equipment, processing the data, relaying information based on the data received from said peripheral equipment to a base station, providing a human guard with information based on the data; filtering the information from the checkpoint system based on comparison to context data comprising recent historical data; logging the information from the checkpoint system, processing the information from the checkpoint system, reporting the information from the checkpoint system at the base station to provide a security system status and facilitate human supervision, situation analysis, decision making, and intervention. | **Hardware and Manufacturing**<br>**3.** Video Cameras. We offer a suite of high definition, Internet protocol, or IP, video cameras to enable our video monitoring services. The cameras are available in various indoor and outdoor versions with optional night vision, wireless and power over Ethernet, or PoE, communication features. We also offer a network video recording device, the SVR, for on-premise, continuous video recording that is seamlessly connected to the cloud platform for remote playback through the user interfaces.<br><br>Source: https://investors.Alarm.com/static-files/f54b89a3-bd39-4c50-9ffc-8d51c1bcb865 Page 117 of 895<br><br>**Alarm.com Stream Video Recorder 1TB (ADC-SVR100)**<br>• Video Codecs:<br>H.264, MPEG-4, JPEG Encode, Decode, Transcode, Transrate, Resize<br><br>Source: https://www.nellyssecurity.com/alarm-com-stream-video-recorder-1tb-adc-svr100.html<br><br>The Alarm.com Stream Video Recorder (SVR) takes local video recording to the next phase of its evolution! Not only does the SVR boast the same 24/7 recording of a DVR and the network connectivity of an NVR, but it also adds automatic remote accessibility, mobile app compatibility and dynamic cloud management—creating a whole new class of video product. The SVR is also optimized to be ultra-bandwidth efficient. By only using internet bandwidth for critical video playback and secure cloud recording, the SVR keeps your customer's internet pipe free. Users can also remotely connect to the SVR from the Alarm.com website and mobile apps for local and remote playback of gapless, continuous video recordings. Installation is simple and similar to Alarm.com video camera set-up. One SVR can support up to 8 IP cameras or video servers and can record well over 1 month of continuous video.<br><br>Source: https://www.sandiegosecurityandfire.com/product-page/alarm-com-stream-video-recorder-svr |
|---|---|

**Analyst Note:** The SVR ("checkpoint system") continuously records video from the camera. Alarm.com SVR converts the video in different video codecs. SVR also functions as a network video recording device which is seamlessly connected to cloud by which users can view 24/7 recording.

# US8174378B2 – Claim 16 as applied to Alarm.com – Smart Home Security Solutions

16. A method of using a security system, comprising:
receiving data by a checkpoint system from peripheral equipment comprising at least one of a plurality of sensors, video cameras, positioning systems and mobile communication and data processing equipment,
processing the data,
relaying information based on the data received from said peripheral equipment to a base station,
providing a human guard with information based on the data;
filtering the information from the checkpoint system based on comparison to context data comprising recent historical data;
logging the information from the checkpoint system, processing the information from the checkpoint system,
reporting the information from the checkpoint system at the base station to provide a security system status and facilitate human supervision, situation analysis, decision making, and intervention.

**Alarm.com Video Analytics Service Integrates With Existing Cameras**

With ObjectVideo personnel assimilated with Alarm.com counterparts, the new team set out to develop a video analytics engine capable of object classification — Is it an animal? Is it a vehicle? Is it a person? — as well as object tracking. The latter feature is said to determine an object's direction of movement, along with measuring the duration of activity.
All this allows users to manage notifications by assigning virtual zones and multidirectional trip lines in order to observe when someone or something has passed through a certain area or region of interest.

Source: https://www.Alarm.com/about/media/MediaGeneric.aspx?cmid=599

Source: https://www.youtube.com/watch?time_continue=22&v=R28ThXToQS8 Timestamp 0:22

Source: https://www.Alarm.com/about/media/MediaGeneric.aspx?cmid=599

**Analyst Note:** With Alarm.com video analytics users can assign virtual zones with the help of trip lines in order to observe when someone or something has passed through certain area or region of interest. This avoids unnecessary alerts.

| US8174378B2 – Claim 16 as applied to Alarm.com – Smart Home Security Solutions | |
|---|---|
| 16. A method of using a security system, comprising: receiving data by a checkpoint system from peripheral equipment comprising at least one of a plurality of sensors, video cameras, positioning systems and mobile communication and data processing equipment, processing the data, relaying information based on the data received from said peripheral equipment to a base station, providing a human guard with information based on the data; filtering the information from the checkpoint system based on comparison to context data comprising recent historical data; logging the information from the checkpoint system, processing the information from the checkpoint system, reporting the information from the checkpoint system at the base station to provide a security system status and facilitate human supervision, situation analysis, decision making, and intervention. | **Get Smarter Video Alerts with our Video Analytics Service**<br><br>Video analytics is a highly intelligent security feature that monitors your property's video streams to distinguish important events from routine activity. It uses this real-time insight to filter and categorize your video alerts, giving your video monitoring a new level of control, customization and value.<br><br>Source: https://www.Alarm.com/blog/video-analytics<br><br>• **Intelligent Automation.** Integrated home automation solution that allows users to easily and remotely connect and control devices and systems such as security systems, garage doors, lights, door locks, thermostats, electrical appliances, environmental sensors and other connected devices. The cloud-based platform uses data and sophisticated algorithms to learn activity patterns and recommend intelligent optimizations.<br><br>Source: https://investors.Alarm.com/static-files/f54b89a3-bd39-4c50-9ffc-8d51c1bcb865 Page 7 of 895<br><br>**Alarm.com Video Analytics Service Integrates With Existing Cameras**<br><br>With ObjectVideo personnel assimilated with Alarm.com counterparts, the new team set out to develop a video analytics engine capable of object classification — Is it an animal? Is it a vehicle? Is it a person? — as well as object tracking. The latter feature is said to determine an object's direction of movement, along with measuring the duration of activity.<br><br>Source: https://www.Alarm.com/about/media/MediaGeneric.aspx?cmid=599 |
| **Analyst Note:** Alarm.com uses real time insights and its video analytics engine for object classification such as animal, vehicle or a person which is considered as processing of the information. | |

<table>
<tr><th colspan="2">US8174378B2 – Claim 16 as applied to Alarm.com – Smart Home Security Solutions</th></tr>
<tr><td>16. A method of using a security system, comprising:<br>receiving data by a checkpoint system from peripheral equipment comprising at least one of a plurality of sensors, video cameras, positioning systems and mobile communication and data processing equipment,<br>processing the data,<br>relaying information based on the data received from said peripheral equipment to a base station,<br>providing a human guard with information based on the data;<br>filtering the information from the checkpoint system based on comparison to context data comprising recent historical data;<br>logging the information from the checkpoint system,<br>processing the information from the checkpoint system,<br>reporting the information from the checkpoint system at the base station to provide a security system status and facilitate human supervision, situation analysis, decision making, and intervention.</td>
<td>Hardware and Manufacturing<br>• Video Cameras. We offer a suite of high definition, Internet protocol, or IP, video cameras to enable our video monitoring services. The cameras are available in various indoor and outdoor versions with optional night vision, wireless and power over Ethernet, or PoE, communication features. We also offer a network video recording device, the SVR, for on-premise, continuous video recording that is seamlessly connected to the cloud platform for remote playback through the user interfaces.<br><br>Source: https://investors.Alarm.com/static-files/f54b89a3-bd39-4c50-9ffc-8d51c1bcb865 Page 117 of 895<br><br>Buying the Right Connected Camera<br><br>1 Know What You Want to Keep an Eye On<br>Alerts<br>If something does happen, your video solution should be able to instantly alert you. An alert can be sent to your mobile phone and/or email with a video clip so you can see what’s happening - whether it’s your dog jumping on the couch, your kids coming home or contractors arriving.<br><br>Source: https://www.Alarm.com/landing/holiday-microsite/video-monitoring.aspx</td></tr>
<tr><td colspan="2">Analyst Note: comment- In case of any irregular activity, the system sends an alert message to the user’s mobile phone. The alert message includes a video clip so that user can see what’s happening at their home. The alert message includes, the camera which detected something, what was detected, time and a recorded video clip. The user can watch the recorded video clip for taking further actions.</td></tr>
</table>

| US8174378B2 – Claim 16 as applied to Alarm.com – Smart Home Security Solutions | |
|---|---|
| 16. A method of using a security system, comprising: receiving data by a checkpoint system from peripheral equipment comprising at least one of a plurality of sensors, video cameras, positioning systems and mobile communication and data processing equipment,<br>processing the data,<br>relaying information based on the data received from said peripheral equipment to a base station,<br>providing a human guard with information based on the data;<br>filtering the information from the checkpoint system based on comparison to context data comprising recent historical data;<br>logging the information from the checkpoint system,<br>processing the information from the checkpoint system,<br>reporting the information from the checkpoint system at the base station to provide a security system status and facilitate human supervision, situation analysis, decision making, and intervention. |    <br>Source: https://www.Alarm.com/about/media/MediaGeneric.aspx?cmid=599 |
| **Analyst Note:** In case of any irregular activity, the system sends an alert message to the user's mobile phone. The alert message includes a video clip so that user can see what's happening at their home. The alert message includes, the camera which detected something, what was detected, time and a recorded video clip. The user can watch the recorded video clip for taking further actions. | |